# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMES TERRY III,

    Petitioner,

v.

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-496-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

8/29/08
_____
Date